UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEBRA RENEE BRETHAUR,

        Plaintiff,
v.

    Case No. 2:18-cv-203
    **CHIEF JUDGE EDMUND A. SARGUS, JR.**
    **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## OPINION AND ORDER

On November 30, 2018, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 19) recommending that the Court **REVERSE** the Commissioner of Social Security's non-disability finding and **REMAND** this case to the Commissioner and the Administrative Law Judge ("ALJ") under Sentence Four of § 405(g). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review by a District Judge. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.

Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 19). The Commissioner of Social Security's non-disability finding is **REVERSED**, and this case is hereby **REMANDED** to the Commissioner and the ALJ under Sentence Four of §405(g) for further consideration consistent with the Report and Recommendation.

IT IS SO ORDERED.

__1-9-2019_____    _____
DATE              EDMUND A. SARGUS, JR.
                  CHIEF UNITED STATES DISTRICT JUDGE